**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
_____GAINESVILLE_____ **DIVISION**

Jason Campbell #51806
_____
(Print your full name)

Plaintiff *pro se*,

v.

Intuition et al
_____

_____

(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

_____2:25-cv-00225-RWS-AWH_____

(to be assigned by Clerk)

---

## _PRO SE_ EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1.  This employment discrimination lawsuit is brought under (check only those that apply):

     Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e <u>et</u> <u>seq.</u>, for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

    **NOTE:** To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

_____ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____ Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____ Other (describe) _____

_____

_____

_____

_____

_____

2.    This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3.    Plaintiff.    Print your full name and mailing address below:

Name    Jason Campbell

Address    160 Windmill farm Rd

    Homer GA 30547

4.    Defendant(s).    Print below the name and address of each defendant listed on page 1 of this form:

Name    Intuition

Address    201 Mercer place

    Commerce GA 30530

Name    Enchem America

Address    648 highway 334

    Commerce GA 30530

Name    _____

Address    _____

    _____

## Location and Time

5.    If the alleged discriminatory conduct occurred at a location **different** from the address provided for defendant(s), state where that discrimination occurred:

_____

_____

Page 3 of 9

6.  When did the alleged discrimination occur?  (State date or time period)

Between May 15th, 2023 and January 11th 2025

**Administrative Procedures**

7.  Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?      ✓ Yes      _____ No

If you checked "Yes," attach a copy of the charge to this complaint.

8.  Have you received a Notice of Right-to-Sue letter from the EEOC?

✓ Yes      _____ No

If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter:

9.  If you are suing for **age discrimination**, check one of the following:

_____      60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

_____      Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes          _____ No          __✓__ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes          _____ No          __✓__ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____

_____

_____

_____

## Nature of the Case

12.   The conduct complained about in this lawsuit involves (check only those that apply):

- ✓   failure to hire me
- ✓   failure to promote me
- ✓   demotion
- ✓   reduction in my wages
- ✓   working under terms and conditions of employment that differed from similarly situated employees
- ✓   harassment
- ✓   retaliation
- ___   termination of my employment
- ___   failure to accommodate my disability
- ✓   other (please specify) _exposure to Toxic Cancer Causing_ _Chemicals Vapor intrusions No Personal protective equiptment_

13.   I believe that I was discriminated against because of (check only those that apply):

- ✓   my race or color, which is _Caucasian White_
- ✓   my religion, which is _Christian_
- ✓   my sex (gender), which is ✓ male _____ female
- ✓   my national origin, which is _American_
- ___   my age (my date of birth is _____)
- ___   my disability or perceived disability, which is:

  _____

- ✓   my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

- ✓   other (please specify) _exposure to Toxic Chemicals_ _Covert Military H&S, FBI, operation_

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

#1 Denied Equal Pay for equal Work I was not paid as much money as the Venuzeulans or the Koreans and We had the same job and Same amount of Work Some are illegal Aliens and dont have Bank Accounts and get paid Cash money intuition and Enchem Refused to give me Cash money and refused to pay me as much as Some other Workers of a different Race Intuition is run by Koreans and hispanic people and thats all they Hire I Worked for intuition at Enchem When I first Started I asked about Full time employment and Was assured after 1 year of Service I would recieve Full time employ at Enchem and Was Never given because I'm a White American Male and a Christian I Was told by HR She [Enchem] is not Christian and only Hires Koreans fulltime I was lied to in the begining Wasted 2 years of my life Waiting they Kept hiring Korean Men to do the Same job as me and give them PTO, Health benifits, Salary 80,000 and Holiday pay and also give them Company Car, Credit Cards Food Coffee Clothes PPE an a desk and Computer Enchem Mr. James told me I Could be his Warehouse Supervisor and Failed to make intuition give me the Salary and title on there side Enchem blamed intuition for the problem and intuition blamed Enchem for the problem and intuition refused to fix the problem with my Salary and title even though I had more job responcibities and told me over the phone if I dont like the Way they treat me to quit and Find me a better Job then Enchem Said they will give me a 2 dollar raise and Never did and then demoted me back to Forklift driver for Complaining and Calling EEOC

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15.    Plaintiff    _____    still works for defendant(s)

              _✓___    no longer works for defendant(s) or was not hired

16.    If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?    _____ Yes    _____ No

       If you checked "Yes," please explain: _____

       _____

       _____

       _____

       _____

17.    If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial?    _✓__ Yes    _____ No

### Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

       _____    Defendant(s) be directed to _____

                _____

       _✓__    Money damages (list amounts) __80,000_____

                __50,000 pain and Suffering_____

       _✓__    Costs and fees involved in litigating this case

       _✓__    Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this __1st__ day of __February__, 20 __26__

__~~A Cullel~~__
(Signature of plaintiff *pro se*)

__Jason Campbell__
(Printed name of plaintiff *pro se*)

__160 Windmill Farm Rd__
(street address)

__Homer GA 30547__
(City, State, and zip code)

_____
(email address)

_____
(telephone number)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 410-2025-02561 |

Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*: Mr. Jason C. Campbell

Home Phone:      706-949-8633

Year of Birth:      1990

Street Address:    1830 Bennett rd

HOMER, GA 30547

---

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Intuition employment

No. Employees, Members: 15 - 100 Employees

Phone No.: (678) 400-7822

Street Address:    201 Mercer Pl

COMMERCE, GA 30529

Name:

No. Employees, Members:

Phone No.:

Street Address:

---

DISCRIMINATION BASED ON:

Race, Retaliation, Sex

---

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 02/14/2023

Latest: 12/03/2024

Continuing Action

---

THE PARTICULARS ARE:

I. On or around May 2023, I was hired by the above-named employer as a Forklift Operator. My employer consists of majority 95 % Asian, 3 % Hispanic, and 2% African American. I am the only (Caucasian) employee within my department and within the whole company. Around August 2023, I was promoted to Logistics Supervisor. After being promoted, I was offered a $2 raise by my supervisor Mr. Kang LNU (Asian) (Last Name Unknown). Following, my supervisor rescinded his offer, and I did not receive the raise. Around January 2024, I complained to Human Resource (HR) Leslie LNU (Hispanic) about not receiving my raise after being promoted. Following my complaint, I never heard from HR. During my employment, I was subjected to sexually offensive comments from Logistic employees Mr. Aruro LNU (Hispanic) and Mr. William LNU (Hispanic). On February 14, 2024 and around November 2024, both men offered me sex and told me "They like to do it in the a*s". They then asked, "Did I like that stuff?" and I replied to them "No". Following, I have made several complaints to (HR) and complained about receiving the harassing comments and complained about the homosexual graffiti on the walls located in the Logistics Department warehouse. The graffiti displayed a picture of a man's genitalia with a comment beside it that states "ouch that hurts". Following my complaint, I never received a response from HR regarding my complaints. I also asked management to cover up the graffiti with paint. Management never responded and the graffiti is still present. On November 11, 2024, (HR) Leslie gave me a verbal warning for making complaints about issues on the job and for complaining about everything. II. I believe I have been discriminated against based on my race (Caucasian), sex (male), and sexual orientation (heterosexual), in violation of Title VII of the Civil Rights Act of 1964, as amended, and subjected to retaliation for engaging in protected activity.

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST) AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/10/2025

**To:** Mr. Jason C. Campbell
1830 Bennett rd
HOMER, GA 30547
Charge No: 410-2025-02561

EEOC Representative and email:    SHERESA SHERMAN
INVESTIGATOR
SHERESA.SHERMAN@EEOC.GOV

---

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST) OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2025-02561

On behalf of the Commission,

Digitally Signed By:Darrell E. Graham
07/10/2025
Darrell E. Graham
District Director

Seperate Notice providing info on all Prisoner Civil Actions

(#1) Habeas Corpus dismissed without prejudice for being pre mature and No COA I am allow to Re file after I exhaust all State Remedies

(#2) 4th, 5th, 14th 1983 Claim against Tyler Scroggs and Micheal Alford Dismissed because of 3 Strike Rule Failed to show immenent Danger

(#3) 1983 Claim 14th Amendment against Kimberly Keenan and Carlton Speed For failure to take me to Probate Court and Causing me to loose my House and Costing me 80,000 dollars Dismissed without prejudice for failure to show Similar Situation

(#4) 1983 Bivens against FBI and State For Conspiracy and Failure to investigate Dismissed as Frivilous Cant Force them to investigate violation of Constitutional Rights

(#5) 1983 Claim for Biven against EEOC and FBI and Intuition and Enehom For violating Constitutional Rights and Covert operation and Workplace Discrimination Dismissed for being Frivilous and because they have immunity without prejudiced

(#6) 1983 Claim against Micheal Alford and Tyler Scroggs and Unknown agents Dismissed as Frivolous because I Cant Force them to investigate and File charges or Cant Force them to protect my Constitutional Rights I had evidence of the Conspiracy I Found hidden Cameras and Devices and Could not get the police to File Report or take the evidence and investigate even though I had proof

(#7) 1983 Claim against Carlton Speed and Unknown Agents for implanting Device a Radio transmitter and Reciever into my Mouth during Dental Surgury at Smith Dental Hartwell GA Dismissed without prejudice because 11th Circuit doesn't like to deal with implanted devices and has dismissed them in the past as Frivilous

(#8) 1983 Claim against Carlton Speed and Paul Buczynsky and lisa and Kim who are Nurses at the Jail this Case is Still pending in the Court For deliberate indifference to Serious medical Needs Failure to take me to the Dentist and pay for Oral Surgery and PTSD Failure to treat and Back problems and headaches Failure to treat because Carlton does not want to Pay for treatment

(#9) Pro Se Workplace Discrimination against Intuition et al For Discrimination Violation of Title VII of Civil Rights Act, Equal Pay and Fair Employment

#2 Intuition is a Temp Service run by South Koreans and Hispanic men an Women Who only hire illegal Aliens for Cheap labor Enchem is a South Korean Chemical Company and only Hires South Korean's they bring them in on Work visas and some illegally and then Ship them back once expired Visa or they get Caught being here by Homeland Security they promised me on my First day to let me Work with them permenant after 1 year of Service ~~Probation~~ I Would have been the First one and Only White American Working in there Company in the office Intuition told me they never have had anybody go from Temp to perm at Enchem or anywhere else because everyone is illegal and Cant Complain they lied to me and neither Intuition or Enchem had any intention of hiring me Fulltime they have refused to provide all the requested information to me on Salary and Health Benefits and Saving Plan info they are racist and dont like Americans who aint active Military • #3 They Exposed me by Vapor intrusions in the air and by having to handle and clean up Chemical Spills to Toxic Deadly Hazardous Chemicals that are Known to Cause Cancer and Birth defeets and all sorts of Other Physical and Mental Health issues and Both Enchem and Intuition refused to provide employees with or any Personal Protective Equiptment an I got Sick from the exposure they have a list of all Chemicals on the Enchem Job Site

#4 I Was Sexually Harassed by Both Men and Women Constenly everyday for the 2 years I Worked for Intuition at Enchem the Homosexual Men made offensive humiliating Sexual Remarks and Gestures including Blowing Kisses and Whistling at me and offering men to have Sex with the different Men I ask them to Stop this behavior and they Refused and I told intuition and I Wrote them up in a incident report and nothing Was ever Said or done • and intuition refused to give me a Copy of the Report to turn in this Created a very Hostile Work Enviroment they did not want to listen or follow my Commands and acted like they wanted to get Violent with me and told me they only Wanted to follow the Koreans Commands from then on since I didn't Want to have Sex with them • I told them I dont Condone Homosexuality Jesus is Coming and they need to Repent Enchem the Koreans told me to Carry my Gun a Byrna Non lethal launcher to protect myself in case they gang up on me to hurt me

then they started drawing pictures of Giant Dicks on the Walls which is angering and offensive to look at I told the Companies and ask them to give me paint to Cover it up but they never responded and then the Manager Mrs Park gave me permission to date 2 of the Korean Women in the office both were human resourse and I didn't have the money to date them because they had lied to me previously and refused to give me Cash daily like they do the illegal Aliens and refused to give me 2 dollar raise refused to give me the 60,000 doller Supervisor Salary its was Humiliating and embarassed me Blue not having no money to date them I believe the Women got Mad at me for not dating them and retaliated against me by not giving me the Supervisor Salary and benefits and demoting me to Maintenance and then putting me back On Forklift and Hiring other Korean Men to fill the Supervisor position that I was in even though I got more experience and more qualifications then them and I Spent Money on Flowers, Chocolate and Teddy bears For them for Valentines Day and they had my Flowers Sent back Refused to tell me whos Refused the packages or Why and I Spent money on permits for tiny House Container because to date the Women in there Culture you have to have your own Home so I Spent the money to get the permit and had the Contracter going to do my remodeling and He Changed up on me told me he gonna do it after he get done with Enehem an never did so I had to do it myself Spent 1,000 on permits and 10,000 on remodel and 170 on Flowers I had to wait 9 months or a year and get prepared to be able to date the Women and treat them Good enough and had to have enough money to get everything ready I had to take out loans Since they did not give me no raises like they Should have before the Manager told me to date the Women He Should have asked me first in private and made Sure I had enough money to do it before he introduced me and told me to date them and embarassed me in front of them and the Whole office of people for not being prepared and not having the money to do it I took the disappoint very herd and got Severly depressed and had a hard time at Work after that thing were Hostile

2 FBI agents came to Work with me Under Cover investigating a ~~conspiracy~~ Conspiracy involving me and the Venuzelans and the Koreans ~~~~ my ex in laws Wanted to pay Someone to Kill me in the Hot Room at Work because it will blew up and there Wouldn't be nothing left of me I overheard the Venuzelans and Koreans talking about it and Called the FBI and the Dept of Justice Civil Rights Unit to help me the FBI told me to hire a Lawyer that he Couldn't help me over the phone and the DOJ told me they didn't want to get involved yet after I Called the FBI the Same guy I Spoke to Comes to Work with me Under Cover I recognized his ~~~~ Voice from our phone Conversation When I asked him in person he denied the ~~~~ everything and told me a fake name and Fake Story it was because my in laws Wanted to Keep my Children so I Could not win in Court they were gonna get rid of me and use my Job to do it you have to Subpeona the Records from the FBI to prove my Story because they Will not Share information with me and He told me his name at Work Was Keith Bolton from Athens he Sexually harassed me on the job by trying to force me to Watch the HR lady Ellie Kim's Sex tape on his phone ~~~~ I told him no I didn't want to Watch her have sex with another Man it made me angry and he just Kept on harassing me about it and Would not Stop and told me to go and ~~~~ pinch her on the ass in the office like he does because thats what She likes and I asked him to please Stop Several times and we almost got in a Fist Fight about it before he Stopped And the other agent was named Mr. Prince he Showed me pictures of him in FBI Uniform but he just acted like he was my Manager While he was investigating and did not tell me nothing about the Case but I overheard them mention the Aguler and the Cobra I'm Sure everything Will be in his Companies report he Stayed for a few months and then left he Showed me the pictures the day he left it Shocked me they Come Under Cover to Spy on me at Work I've been Calling the FBI for years asking for help with my evil in laws ~~~~ they told me they Cant help or tell me anything and they Secretly and No Secretly record me and all my Co Workers they brought in drones and Flew them around and recorded all of US While we were Working I asked for Copies of the tapes from both Companies Enchem and intuition because I'd been Recorded and they told me No You can prove with FBI

I had hired a lawyer like the FBI law man told me to do over the phone his name is Jim David from Homer GA I didn't have enough money to pay him all at once I was working out a payment plan but the FBI would not talk to him either that I know of if they did he did not share the information Intuition and Enchem let them Come in an befriend me Uncover and investigate me illegally and Mr. Prince told me while he was my Manager to let him move in with me he wanted me to get him a Tiny house so he Could Stay and I did I paid for the permits and neither him or the Companies reembursed me the money They told me they were police but there was nothing they Could do And they Refused to pay me the Salary my position demanded just like all the other Supervisors and they Refused to promote me on intuitions side and Refused to give me full time Benefits because of my involvement in this investigation and the EEOC investigation intuition failed to turn over all the Requested information to the EEOC they did not Sent the Complaint or incident Report I filled out or the info on my Co-workers and failed to turn over info on the FBI investigation and my File plus qualifications and Resume including my Start pay End pay Promotions and demotions and all info on all the different positions I held including my Job Responsibilities I have Witnesses who Can verify however I am prejudiced now because of my incarceration intuition messed up my taxes they took too much out and Refused to fix the problem and then paid the illegal immigrants in Cash and did not take out taxes on them I Called and Complained and Nothing was ever done and the EEOC told me they Would investigate but told me not to Complain about this and they failed to to gather All the relevant information and dropped there investigation before finishing

#5 They also refused to Fix the potholes and forced me to drive ForkLift in dangerous Conditions and the Whiplash messed my Back and neck up I Complained to both intuition and Enchem and nothing was ever done Enchem told me they would give me Health insurance thru SK battery Mr Alex was Suppose to do it but He failed to do so and I Never got the problem seen about or Fixed because of that I Complained to President and HR of both Companies and Filed Reports before Calling EEOC

Jason Campbell
166 Windmill Farm Rd
Homer GA 30547

Office of the
United States District Court
201 United States Courthouse
121 Spring Street S.E.
Gainesville GA 30501

U.S. MARSHALS SERVICE
Gainesville, GA

CLEARED SECURITY



quadient
FIRST-CLASS MAIL
IMI
$001.32 ⁹
02/03/2026 ZIP 30547
0441J3209454
US POSTAGE